**SO ORDERED.**

**SIGNED this 15 day of August, 2012.**



_____
Stephani W. Humrickhouse
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| M&M INDEPENDENT FARMS, INC. | 09-03514-8-SWH |
| DEBTOR | |
| M&M INDEPENDENT FARMS, INC. | |
| Plaintiff | ADVERSARY PROCEEDING NO. |
| v. | 10-00277-8-SWH-AP |
| RURAL COMMUNITY INSURANCE AGENCY, INC. D/B/A RURAL COMMUNITY INSURANCE SERVICES | |
| Defendant. | |

### JUDGMENT

This adversary proceeding having come on before the court and the issues having been duly heard and decision rendered,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plaintiff, M&M Independent Farms, Inc., shall have and recover nothing from the defendant, Rural Community

Insurance Agency, Inc. d/b/a Rural Community Insurance Services, on its claims for breach of contract, unfair or deceptive claims handling practices, and unfair or deceptive trade practices.

**SO ORDERED.**

**END OF DOCUMENT**